**ORIGINAL**

Mark L. Sutton, Esq. SBN# 120,255
Benjamin J. Jesudasson, Esq. SBN# 193,160
PARK & SUTTON LLP
3255 Wilshire Boulevard, Suite 1110
Los Angeles, CA 90010
Telephone: 213-389-3777
Facsimile: 213-389-3377

Attorneys for Plaintiff
**NANO CASTEC CORPORATION**

Priority Send ✓
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only



FILED
JUN - 9 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO CASTEC CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WHEEL PROS, INC., a corporation,<br><br>Defendant. | CASE NO.: SACV 03-1809 DOC (MLGx)<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

DOCKETED ON CM
JUN - 9 2004
BY _____ 074

WHEREAS Plaintiff Nano Castec Corporation ("Nano") and Defendant Wheel Pros, Inc. ("Wheel Pros") have agreed in a separate agreement to settlement of the matters in issue between them and to entry of this Consent Judgment and Permanent Injunction, it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. This is an action for patent infringement, arising under the patent laws of the United States, Title 35, United States Code. Specifically, this is an action for infringement of

1

CONSENT JUDGMENT AND PERMANENT INJUNCTION

1661\Consent Judgment

U.S. Design Patent No. D476,282 ("'282 patent").

2.  This Court has jurisdiction over all of the parties in this action and over the subject matter in issue based on 28 U.S.C. §§1331, 1338(a), and 1391, as well as 15 U.S.C. § 1121. This Court further has continuing jurisdiction to enforce the terms and provisions of this Consent Judgment and Permanent Injunction. Venue is also proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1391 (c), as well as 28 U.S.C. § 1400(b).

3.  Plaintiff Nano is a corporation incorporated under the laws of the Republic of Korea and is qualified to do business and bring a lawsuit in California.

4.  Defendant Wheel Pros is a corporation incorporated under the laws of the State of Delaware, having its principal places of business at 44 Union Boulevard, Suite 6205, Lakewood, Colorado 80228 and 601 N. Ashley Drive, Suite 500, Tampa, Florida 33602. Wheel Pros also does business at 10948 Willow Court, San Diego, California 92127. At all times material hereto, Wheel Pros has conducted business in the State of California.

5.  Defendant Wheel Pros has depicted a vehicle wheel design on its Internet website which allegedly infringed upon the '282 patent. A photocopy of the website is attached hereto as Exhibit 1.

6.  Nano is, by assignment, the owner of all right, title, and interest in the '282 patent. A copy of this patent is attached hereto as Exhibit 2.

7.  The '282 patent, issued on June 24, 2003, is valid and

enforceable.

8. Wheel Pros and its officers, directors, agents, servants, employees, attorneys, confederates, and all persons and/or entities acting for, with, by, through, and/or in concert and participation with them or any of them, are hereby permanently enjoined from engaging in any of the following activities:

   (a) depicting the design shown in Exhibit 1, or any other wheel design that infringes the '282 patent, on an Internet website or in any other advertising media;

   (b) making, using, selling, offering for sale, importing or distributing any wheel that infringes the '282 patent; and

   (c) inducing or enabling each other or others to make, use, offer to sell, sell, and/or import any wheel that infringes the '282 patent.

9. Service by mail upon Wheel Pros, addressed to Jeffrey G. Jacobs, 15770 Laguna Canyon Road, Suite 100, Irvine, Ca 92618, of a copy of this Consent Judgment and Permanent Injunction entered by the Court is deemed sufficient notice under Federal Rule of Civil Procedure 65. It shall not be necessary for the Wheel Pros Defendants to sign any form of acknowledgement of service, for service to be complete.

///

10. The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED:**

Dated: June 9, 2004

By: *David O. Carter*
Hon. David O. Carter
United States District Court Judge

Approved as to form and content:

Dated: June 7, 2004      PARK & SUTTON, LLP

By: *[signature]*
Mark L. Sutton
Benjamin J. Jesudasson
Attorneys for Plaintiff, NANO CASTEC CORPORATION

Dated: June 3, 2004      LAW OFFICES OF JEFFREY G. JACOBS

By: *[signature]*
Jeffrey G. Jacobs
Attorneys for Defendant, WHEEL PROS INC.

1661\Consent Judgment



| Home | About Us | Wheels | Tires | Accessories | Suspension |

**JOIN OUR MAILING LIST**



Click on the name or logo of a manufacturer to view their wheels.
You may also use our quick search or Advanced Search to find excactly what your looking for.

| Manufacturers ▼ | Finish ▼ | Size ▼ | < Search > |

    

Adam     Alba     Asanti     Bling Image     Concept Neeper

    

Detata     Diamo     Driv     Enkei     Foose

    

Gen-X     Helo     Ice Metal     Jesse James Wheels     KMC

    

Kronix     Lexani     Lorenzo     Lowenhart     Niche


OE Creations


Quantum Tek


Rozzi


Spintek


SR KMC


Tezzen


Volt


X20 Wheels

| Home | About Us | Wheels | Tires | Accessories | Suspension |


JOIN OUR MAILING LIST



### Rims > Manufacturer (Helo)



We currently have 43 wheels from Helo within our system. Click on the image or name of the rim to view more information. You may also want to view our complete Manufacturer List or use our Wheel Search to find excactly what your looking for.

Page 1 of 5: [ 1 ] [ 2 ] [ 3 ] [ 4 ] [ 5 ]



| 5 Star Chrome* | 510* | 797* | 800* | 801* |
| 802* | 803* | 804* | 805 Stellar* | 807* |

Page 1 of 5: [ 1 ] [ 2 ] [ 3 ] [ 4 ] [ 5 ]

\* = New Wheel!



| Home | About Us | Wheels | Tires | Accessories | Suspension |



http://www.wheelpros.com/wheels/manufacturer.cfm?id=17          3/19/2004



**Rims > Manufacturer (Helo)**



We currently have 43 wheels from Helo within our system. Click on the image or name of the rim to view more information. You may also want to view our complete Manufacturer List or use our Wheel Search to find excactly what your looking for.

Page 5 of 5: [ 1 ] [ 2 ] [ 3 ] [ 4 ] [ 5 ]

|  |  |  |
|---|---|---|
| Viper | Wedge | X-plode |

Page 5 of 5: [ 1 ] [ 2 ] [ 3 ] [ 4 ] [ 5 ]

\* = New Wheel!



| Home | About Us | Wheels | Tires | Accessories | Suspension |







**Helo**
**#HE512 - Wedge**
Construction : 1-Piece Aluminum
Finish      : Chrome
Offset      : RWD
Size        : 20x8.5 , 22x9.5

View more wheels by Helo

| Home | About Us | Wheels | Tires | Accessories | Suspension |

**JOIN OUR MAILING LIST**



US00D476282S

## (12) United States Design Patent
### Kataoka

(10) Patent No.: **US D476,282 S**
(45) Date of Patent: ⁎⁎ **Jun. 24, 2003**

(54) **WHEEL**

(75) Inventor: **Tatsuya Kataoka**, Ota (JP)

(73) Assignee: **Nano Castec Corporation**, Shihung (KR)

(⁎⁎) Term: **14 Years**

(21) Appl. No.: **29/175,543**

(22) Filed: **Feb. 7, 2003**

(51) LOC (7) Cl. .................................................. **12-16**
(52) U.S. Cl. ..................................................... **D12/209**
(58) Field of Search ............................. D12/204–211; 301/37.101, 64.101, 65

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D403,289 S | ⁎ | 12/1998 | Watanabe | D12/209 |
| D418,794 S | ⁎ | 1/2000 | Chung | D12/209 |
| D423,442 S | ⁎ | 4/2000 | Hussaini et al. | D12/209 |
| D433,373 S | ⁎ | 11/2000 | Hussaini et al. | D12/209 |
| D433,375 S | ⁎ | 11/2000 | Fitzgerald | D12/209 |
| D436,567 S | ⁎ | 1/2001 | Takechi | D12/209 |
| D437,276 S | ⁎ | 2/2001 | Hodges | D12/209 |
| D438,158 S | ⁎ | 2/2001 | Fitzgerald | D12/209 |
| D442,535 S | ⁎ | 5/2001 | Lotson | D12/209 |
| D445,390 S | ⁎ | 7/2001 | Wartono | D12/209 |
| D452,211 S | ⁎ | 12/2001 | Takechi | D12/209 |
| D452,674 S | ⁎ | 1/2002 | Wartono | D12/209 |
| D455,387 S | ⁎ | 4/2002 | McMath | D12/209 |
| D457,117 S | ⁎ | 5/2002 | McMath | D12/209 |
| D458,572 S | ⁎ | 6/2002 | Fitzgerald | D12/209 |
| D458,887 S | ⁎ | 6/2002 | Kataoka | D12/209 |
| D460,034 S | ⁎ | 7/2002 | Takechi | D12/209 |
| D460,397 S | ⁎ | 7/2002 | Bintoro | D12/209 |
| D460,730 S | ⁎ | 7/2002 | Fitzgerald | D12/209 |
| D466,461 S | ⁎ | 12/2002 | Kataoka | D12/209 |
| D467,857 S | | 12/2002 | Chung | D12/209 |
| D469,049 S | | 1/2003 | Kataoka | D12/209 |
| D469,728 S | ⁎ | 2/2003 | Kataoka | D12/209 |

⁎ cited by examiner

*Primary Examiner*—Stacia Cadmus
(74) *Attorney, Agent, or Firm*—Park & Sutton LLP; John K. Park

(57) **CLAIM**

The ornamental design for a wheel, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a wheel showing my new design; and,
FIG. 2 is a front elevational view of FIG. 1.
The broken line showing of environment is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



Fig. 1



Fig. 2



## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3255 Wilshire Boulevard, Suite 1110, Los Angeles, California 90010.

On June 8, 2004, I served the foregoing document described as **CONSENT JUDGMENT AND PERMANENT INJUNCTION**, on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Jeffrey G. Jacobs, Esq.
THE LAW OFFICE OF JEFFREY G. JACOBS
15770 Laguna Canyon Road, Suite 100
Irvine, CA   92618

[X] **By U.S. Mail** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after day of deposit for mailing contained in the affidavit.

[ ] **By Overnight Express:** I placed the above documents in a sealed envelope. I caused such envelope(s) to be left in a Federal Express depository for delivery to the above address(es) by overnight express.

[ ] **By Facsimile** By transmitting via facsimile machine the document(s) listed above to the fax number(s) set forth on this date. I am aware that service is presumed invalid unless the transmission machine properly issues a transmission report stating the transmission is complete and without error.

[ ] **By Personal Service** I caused to be delivered such envelope by hand/messenger to the addressee.

[ ] (State)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed at Los Angeles, California.

Dated: June 8, 2004

_____
Mindy Choi